**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY W. MONEY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-00155-01-CR-W-BP |

**REPORT AND RECOMMENDATION**

On June 25, 2026, the Court ordered Defendant be committed to the custody of the Attorney General or to the Attorney General's designated representative to undergo a psychological examination pursuant to 18 U.S.C. § 4241. (Doc. 19) Defendant was examined by Lisa Bellah, Ph.D., who prepared a report dated September 16, 2026, opining that Defendant is competent to proceed. (Doc. 24)

A competency hearing was held on October 19, 2026. The Government was represented by Assistant United States Attorneys Araya Dixon and Alec Guy. Defendant was present, represented by appointed counsel Bob Kuchar. The parties stipulated that Dr. Bellah would testify consistently with the report. No additional evidence was presented. A record was made of the proceeding and a transcript will be available.

Based upon the uncontroverted evidence, I find that Defendant is competent to proceed. It is therefore

RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

Counsel are advised that, pursuant to 28 U.S.C. § 636(b)(1), each has fourteen days from

the date of this Report and Recommendation to file and serve specific objections to the same, unless an extension of time for good cause is obtained. Failure to file and serve timely specific objections may result in waiver of the right to appeal factual findings made in the report and recommendation which are accepted or adopted by the district judge except upon the ground of plain error or manifest injustice.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE