**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY W. MONEY,<br><br>Defendant. | Case No. 26-00155-01-CR-W-BP |

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION AND FINDING DEFENDANT COMPETENT TO STAND TRIAL**

On October 19, 2026, the Honorable Jill A. Morris, United States Magistrate Judge for this District, issued a Report recommending that the undersigned find that Defendant is competent to stand trial. (Doc. 28.) No party has filed objections, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(b)(2).

The Court has reviewed the psychiatric report filed on September 21, 2026, (Doc. 24), and the transcript of the proceedings before Judge Morris, (Doc. 29.) Based on the psychiatric report and the transcript, and the lack of an objection from either party, the Court adopts Judge Morris's recommendation and finds Defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: November 3, 2026